# UNITED STATES DISTRICT COURT

## District of Minnesota

United States of America,

    Plaintiff,

v.

Jesse Mendoza
a/k/a Jesus Mendoza,

    Defendant.

Case No. CR 10-313 (1) DWF/FLN

**JUDGMENT IN A CRIMINAL CASE**

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. The Motion of the United States for a Final Order of Forfeiture [Doc. No. [367] is **GRANTED**;

2. All right, title and interest in the following property is hereby forfeited to and vested in the United States of America pursuant to 21 U.S.C. § 853(a):

    a. $128,434.74 in US Bank account number x-xxx-xxxx-4593;

    b. the real property located at 263 Battle Road, South Haven, Minnesota; and

    c. miscellaneous jewelry valued at $695,670.00 seized on September 2, 2010; and

3. The above property shall be disposed of by the United States in accordance with law.

Date: November 30, 2012

RICHARD D. SLETTEN, CLERK

    s/Jenny Dunbar Fannemel

(By) Jenny Dunbar Fannemel, Deputy Clerk